# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL GAY, | ) | CASE NO. 1:20-cv-180 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the decision of the defendant to deny plaintiff's application for Disability Insurance Benefits is affirmed and this case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: March 8, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**